Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 800
Los Angeles, CA  91436
Tel: (818) 200-1497
Fax: (818) 869-2208
Attorneys for Plaintiff,
ARNAIL VILLEGAS

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ARNAIL VILLEGAS, | Case No.: 2:16-cv-382 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| CHASE BANK USA, N.A., | |
| Defendant. | |

    NOW COMES Plaintiff, ARNAIL VILLEGAS, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

    Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATED:  March 9, 2016                    WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. I further certify that on March 9, 2016, a copy of the forgoing was served upon Defendant via email transmission to the following:

Arjun Rao
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
arao@stroock.com

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal